```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------X    Case No. 20-cv-3311
SOCIAL LIFE MAGAZINE, INC.,

            Plaintiff,
v.                                  ORDER TO SHOW CAUSE

SENTINEL INSURANCE COMPANY
LIMITED,

            Defendant.
-------------------------------X
```

This matter having come before the court upon application of plaintiff, upon the Declaration of plaintiff dated May 4, 2020, together with the exhibits annexed thereto and plaintiff's Memorandum of Law dated May 4, 2020, it is

ORDERED, that the above-named defendants show cause before this Court located at Courtroom 443, 40 Foley Square, New York, New York 10007 on the _____ day of May, 2020 at _____ __.m., or as soon thereafter as counsel may be heard, why an order pursuant to Fed.R.Civ.Proc. 65 should not be made, (1) compelling defendant to pay plaintiff $197,000 and (2) granting such other relief as the court deems equitable and just; and it is further

ORDERED that answering affidavits, if any, are required to be filed and served by ECF filing at least __ days before the return date of this application; and it is further

ORDERED, that a copy of this within Order together with the supporting papers shall be served by plaintiff upon defendant

via overnight delivery and email within 1 day after the return of the within Order from the Court.

_____
U.S.D.J.