Fw: Policy # 16SBAZH0759 / Event #s: CP0018669073 & CP0018679075

From: Gabriel Fischbarg (gabriel@fischbarglaw.com)

To: michael.sagoskyjr@thehartford.com

Cc: justin.mitchell@sociallifemagazine.com

Date: Friday, April 24, 2020, 10:55 AM EDT

Dear Mr. Sagosky:

I have not yet received a response to my letter to you dated April 17, 2020 (copy attached).

Attached please find a draft Complaint that I am authorized to file unless I receive a response to my April 17, 2020 letter by Monday, April 27, 2020.

Also attached please find the decision in Gregory Packing Inc. v. Travelers Property Casualty Company of America in which a federal court found that property can be physically damaged, without undergoing structural alteration, when it loses its essential functionality.

[redacted as settlement discussion]

[redacted as settlement discussion]

Thank you,

Gabriel Fischbarg, Esq.
230 Park Avenue, Suite 904
New York, NY 10169
Tel: 917-514-6261
Fax: 917-525-2099

----- Forwarded Message -----
**From:** Gabriel Fischbarg <gabriel@fischbarglaw.com>
**To:** michael.sagoskyjr@thehartford.com <michael.sagoskyjr@thehartford.com>
**Cc:** justin.mitchell@sociallifemagazine.com <justin.mitchell@sociallifemagazine.com>
**Sent:** Friday, April 17, 2020, 05:34:32 PM EDT
**Subject:** Policy # 16SBAZH0759 / Event #s: CP0018669073 & CP0018679075

To: Michael Sagosky Jr.

Dear Mr. Sagosky Jr.:

See my attached letter dated April 17, 2020 in response to your letter dated March 26, 2020 (copy attached).

Thank you,

Gabriel Fischbarg, Esq.
230 Park Avenue, Suite 904
New York, NY 10169
Tel: 917-514-6261
Fax: 917-525-2099

 letter 4-17-20.pdf
186kB

 TheHartford-CP0018669073-041620.pdf
297.6kB

 Gregory Packing v Travelers.pdf
51.6kB

 Complaint - draft.pdf
266.8kB