```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------X    Case No. 20-cv-3311
SOCIAL LIFE MAGAZINE, INC.,

          Plaintiff,
v.                                  ORDER TO SHOW CAUSE

SENTINEL INSURANCE COMPANY
LIMITED,

          Defendant.
-------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 05/05/2020

This matter having come before the court upon application of plaintiff, upon the Declaration of plaintiff dated May 4, 2020, together with the exhibits annexed thereto and plaintiff's Memorandum of Law dated May 4, 2020, it is

ORDERED, that the above-named defendants show cause before this Court at a telephonic hearing on **May 14, 2020 at 10:00 a.m.**, or as soon thereafter as counsel may be heard, why an order pursuant to Fed. R. Civ. Proc. 65 should not be made, (1) compelling defendant to pay plaintiff $197,000 and (2) granting such other relief as the court deems equitable and just; and it is further

ORDERED, that answering affidavits, if any, are required to be filed and served by ECF filing no later than **May 12, 2020;** and it is further

ORDERED, that a copy of this within Order together with the supporting papers shall be served by plaintiff upon defendant

via overnight delivery and email by **May 5, 2020**.

ORDERED that all parties and interested members of the public must attend the hearing by **dialing 1-888-363-4749, using the access code 3121171 and the security code 3311.** While members of the public are welcome to join the call, they are directed to mute their telephones for the duration of the call. Every participant must identify himself or herself each time before they speak.

_____   Date: 05/05/2020
U.S.D.J.