```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------X  Case No. 20-cv-3311-VEC
SOCIAL LIFE MAGAZINE, INC.,

          Plaintiff,
v.

SENTINEL INSURANCE COMPANY
LIMITED,

          Defendant.
------------------------------X
```

<u>NOTICE OF APPEAL</u>

Notice is hereby given that Plaintiff Social Life Magazine inc. in the above-named case hereby appeals to the United States Court of Appeals for the Second Circuit from the Order dated May 14, 2020 denying plaintiff's motion for a preliminary injunction.

```
Dated:     New York, New York
           May 17, 2020          ____/s/_____
                                 Gabriel Fischbarg, Esq. (GF 5456)
                                 230 Park Avenue, Suite 904
                                 New York, NY 10169
                                 917-514-6261
                                 Attorney for plaintiff
```