**GABRIEL J. FISCHBARG, ESQ.**
ATTORNEY AT LAW
230 PARK AVENUE, SUITE 904
NEW YORK, NEW YORK 10169

TELEPHONE (917) 514-6261                                   CELLULAR (917) 514-6261
TELECOPIER (917) 525-2099                                  EMAIL: FIS123@YAHOO.COM

May 20, 2020

Judge Valerie E. Caproni
U.S. District Court
40 Foley Square
New York, New York 10007

RE: <u>Social Life Magazine Inc. v. Sentinel Insurance Co. Ltd.</u>, 20-cv-3311-VEC

Dear Judge Caproni:

I am attorney for plaintiff.

This is to correct a statement I made on the record on May 14, 2020 that there is not much New York law on whether a virus can cause physical damage as required by an insurance policy to obtain coverage for business interruption. (See attached Transcript, p. 5, lines 13-20).

In <u>Pepsico Inc. v. Winterthur Intl Amer. Ins. Co.</u>, 24 A.D.3d 743, 806 N.Y.S.2d 709 (2nd Dept. 2005), the Court ruled that physical damage does not require a "demonstrable alteration of the physical structure" of an insured's material. Rather, the Court ruled that the insured's product's function be "seriously impaired." (copy attached).

                                                      Respectfully submitted,
                                                      /s/

                                                      Gabriel Fischbarg

cc: Charles Michael, Esq.