```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------X     Case No. 20-cv-3311
SOCIAL LIFE MAGAZINE, INC.,

          Plaintiff,
v.

SENTINEL INSURANCE COMPANY
LIMITED,

          Defendant.
-------------------------------X
```

NOTICE OF DISMISSAL WITHOUT PREJUDICE

Pursuant to Fed.R.Civ.Proc. 41(a)(1)(A)(i), plaintiff hereby dismisses this action.

Dated: New York, New York
May 21, 2020

By: /Gabriel Fischbarg/
Gabriel Fischbarg, Esq.
230 Park Avenue, Suite 904
New York, New York 10169
Tel: 917-514-6261
Attorney for plaintiff