**GABRIEL J. FISCHBARG, ESQ.**
ATTORNEY AT LAW
230 PARK AVENUE, SUITE 904
NEW YORK, NEW YORK 10169

| | |
|---|---|
| TELEPHONE (917) 514-6261 | CELLULAR (917) 514-6261 |
| TELECOPIER (917) 525-2099 | EMAIL: FIS123@YAHOO.COM |

May 21, 2020

Judge Valerie E. Caproni
U.S. District Court
40 Foley Square
New York, New York 10007

RE: Social Life Magazine Inc. v. Sentinel Insurance Co. Ltd., 20-cv-3311-VEC

Dear Judge Caproni:

I am attorney for plaintiff.

In conjunction with plaintiff's Notice of Dismissal pursuant to Fed.R.Civ.Proc. 41(a)(1)(A)(i) filed earlier (Doc. No. 28), this is to **withdraw** (1) plaintiff's application for a preliminary injunction (Doc. Nos. 8 & 9) and (1) plaintiff's letter motion to reopen the record in the hearing on May 14, 2020 (Doc. No. 24).

Plaintiff has also filed a dismissal of its appeal with the Second Circuit Court of Appeals pursuant F.R.A.P. 42(b).

Accordingly, plaintiff believes a written order relating to the preliminary injunction hearing on May 14, 2020 is not required.

Respectfully submitted,
/s/

Gabriel Fischbarg

cc: Charles Michael, Esq.