```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------X    Case No. 20-cv-3311
SOCIAL LIFE MAGAZINE, INC.,

          Plaintiff,
v.

SENTINEL INSURANCE COMPANY
LIMITED,

          Defendant.
-------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 05/22/2020

**MEMO ENDORSED**

NOTICE OF DISMISSAL WITHOUT PREJUDICE

   Pursuant to Fed.R.Civ.Proc. 41(a)(1)(A)(i), plaintiff hereby dismisses this action.

```
Dated: New York, New York
May 21, 2020

By: /Gabriel Fischbarg/
Gabriel Fischbarg, Esq.
230 Park Avenue, Suite 904
New York, New York 10169
Tel: 917-514-6261
Attorney for plaintiff
```

> The Clerk of Court is respectfully directed to terminate all pending motions and deadlines and close the case.
>
> SO ORDERED.            Date: 05/22/2020
>
> *[signature: Valerie Caproni]*
>
> HON. VALERIE CAPRONI
> UNITED STATES DISTRICT JUDGE

1